W. H. LONG ET AL *v.* COMMONWEALTH FOR USE OF McGOOD-
WIN ET AL.

Sureties on Bond—Liability for Default of Sheriff—Estate.
    Where a settlement is made by a sheriff with the court commissioner,
    'showing a balance due, in a suit against his sureties, and the adminis-
    trator of his estate, they are held jointly liable.

APPEAL FROM LYON CIRCUIT COURT.

December 22, 1868.

OPINION OF THE COURT BY JUDGE HARDIN :

As it does not appear that any other claims existed against the
county of Lyon than those of the appellees, for the erection of
public buildings, it seems to us that the order of the county court
made at its October term, 1863, was sufficiently specific and cer-
tain to require the sheriff to pay on the claims in controversy,
the funds remaining in his hands collected as county levy for the
years 1862 and 1863. His settlements with the commissioner of
the court showed that a balance of the levy for 1862 remained in
his hands of $620.22 and that a balance of $1,212.03 remained
in his hands of the levy of 1863, and although the sureties in the
bond executed on the 27th of April, 1863, were not liable for said
balance of $620.22 the estate of Young, the sheriff, was, and the
bond embraced the levy for 1863. From these views it results
that the court properly adjudged that the plaintiff recover against
the estate of Young alone the balance of funds remaining of the
levy for 1862, and for the residue of the claims rendered judg-
ment against the sureties as well as the administrators of Young.
    Wherefore, the judgment is affirmed.

*Marble, James,* for appellant.